❏ Original ❏ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>**Three Electronic Devices Associated With<br>Steven Brandenburg** | )<br>)<br>)<br>)   Case No.   21   MJ   19<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Wisconsin_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____January 27, 2021____ *(not to exceed 14 days)*
❏ in the daytime 6:00 a.m. to 10:00 p.m.     ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Hon. William Duffin_____ .
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:     ____January 13, 2021 at 1:01 PM____

_____
*Judge's signature*

City and state:     ____Milwaukee, WI____     ____Hon. William Duffin, U.S. Magistrate Judge____
*Printed name and title*

## Return

| Case No.: 21 MJ 19 | Date and time warrant executed: 1/14/2021 at 9:20am | Copy of warrant and inventory left with: Det. Eric Sutherland, Grafton Police Department |
|---|---|---|

Inventory made in the presence of :
Det. Sutherland + Special Agent Michael Thalji, FDA-OCI

Inventory of the property taken and name(s) of any person(s) seized:

See attached - "Inventory of Items Seized"

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/14/2021

_Executing officer's signature_

Lindsay Schloemer, Special Agent - FBI
_Printed name and title_

## ATTACHMENT A

The property to be searched are the three electronic devices enumerated below and currently located at Grafton Police Department, 1981 Washington St. Grafton, Wisconsin (collectively, the "Subject Devices"):

   a.   Red iPhone, serial number FFWCV6M5PLJP, telephone number 262-483-1388, IMEI number 356466104270163 ("Subject Device 1");

   b.   Silver HP Laptop 17-X010DS, Serial Number 8CG6202WYN ("Subject Device 2"); and

   c.   Orange 1GB Dane-Elec thumb drive ("Subject Device 3").

# ATTACHMENT B

1.     All records on the Subject Devices described in Attachment A that relate to violations of Title 18, United States Code, Section 1365 (tampering), including:

    a.  Any communications or records related to the Moderna COVID-19 Vaccine, including information concerning sources, ingredients, formulas, packaging, or labeling for the Moderna COVID-19 Vaccine;

    b.  Any browser or other internet activity or browsing history concerning the coronavirus or vaccines;

    c.  Any information concerning the Moderna COVID-19 Vaccine;

    d.  Any and all communications and records related to the manufacturing, distribution, or holding of any drugs or vaccines, including the Moderna COVID-19 Vaccine.

2.     Evidence of user attribution showing who used or owned the Subject Devices at the time the evidence described in this warrant was created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

3.     Passwords, encryption keys, and other access that may be necessary to access the imaging of the Subject Devices.

4.     Records of or information about the Subject Devices' Internet activity, including records of Internet Protocol addresses used and records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or

"favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.



## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 01/14/2021    **START TIME:** 9:00 a.m.    **END TIME:** 9:20 a.m.

**SITE ADDRESS:** 1981 Washington St, Grafton WI 53024

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|--------------------------|
| 1 | 1 | Red iPhone phone number 262-483-1388, with power cord |
| 2 | 1 | Silver HP Laptop serial number 8CG6202WTN, with power cord |
| 3 | 1 | Orange 1GB Dane-Elec thumb drive |

Items 1-3 were provided by Grafton Police Department Det. Sgt. Eric Sutherland in response to service of Federal Search Warrant 21MJ19 issued by United States District Court for the Eastern District of Wisconsin. FDA Form 3453, receipt for personal property was provided to Det. Sgt. Sutherland.

The above items have been labeled, dated and initialed "MT 1/14/21" (SA Michael Thalji) for identification purposes.



OCI Form 4200